**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 3, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *The New York Times Company v. United States Department of State*,
               No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

      This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  I write on behalf of all parties pursuant to the Court's order that the parties submit joint status reports every 45 days. *See* Dkt No. 13.  Defendant reports that its searches for responsive records are still being conducted but Defendant expects to be able to provide an estimated search completion date within the next two weeks.  Counsel for Defendant intends to update counsel for Plaintiffs on the status of Defendant's searches by February 17, 2025.

      The parties will submit their next status report in 45 days—by March 20, 2025.

                                      Respectfully submitted,

                                      DANIELLE R. SASSOON
                                      United States Attorney for the
                                      Southern District of New York

                    By:  s/ Rachael Doud
                           RACHAEL DOUD
                           Assistant United States Attorney
                           86 Chambers St., 3rd Floor
                           New York, New York  10007
                           (212) 637-2699

cc:      All counsel of record (via ECF)