

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 5, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *The New York Times Company v. United States Department of State*,
             No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

      This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write on behalf of all parties pursuant to the Court's order that the parties submit joint status reports every 45 days. *See* Dkt No. 13.

      On February 21, 2025, Plaintiffs, through counsel, sent Defendant a proposal to prioritize production of a narrower set of records and to defer processing of other records. Specifically, Plaintiffs have proposed that Defendant prioritize processing the records responsive to Requests 11 and 12 in the Complaint (Dkt No. 1 ¶¶ 96-106) and a portion of the records responsive to Requests 2 and 3 (*id.* ¶¶ 48-58). Defendant reports that it has located approximately 71 records responsive to Requests 11 and 12. One of the records located contains approximately 140 pages. Regarding Requests 2 and 3, Defendant has located and is processing one responsive spreadsheet that is approximately 15MB in size. Defendant estimates being able to provide the first production by the end of May or beginning of June.

      The parties will submit their next status report in 45 days—by June 19, 2025.

The Honorable Jennifer L. Rochon
Page 2

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                              By:  s/ Rachael Doud
                                        RACHAEL DOUD
                                        Assistant United States Attorney
                                        86 Chambers St., 3rd Floor
                                        New York, New York  10007
                                        (212) 637-2699

cc:       All counsel of record (via ECF)