UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and AMY JULIA HARRIS,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

Case No. 1:24-cv-08747 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Pursuant to the Court's prior order, the parties have been submitting joint status reports every 45 days, Dkt. 13, with the latest report due on November 3, 2025, Dkt. 22. The Court has not yet received that submission. Accordingly, the parties are hereby ordered to file a joint state report no later than **November 11, 2025**. Subsequent reports shall continue to follow the initial submission timeline, with the next report due by **December 18, 2025**.

Dated:  November 7, 2025
          New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge