

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 10, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED.  All deadlines shall be stayed during the duration of the government shutdown.  The parties are to submit a joint status report **within 14 days of the restoration of Department of Justice funding**, and then every 45 days thereafter.

SO ORDERED.

Date: November 10, 2025
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

  Re: *The New York Times Company v. United States Department of State*,
    No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

  This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  I write in response to the Court's Order dated November 7, 2025.  *See* Dkt No. 23.

  Because this is a civil case in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for an agency of the United States, it is subject to the Amended Standing Order staying such cases during the duration of the government shutdown.  *See* Case No. 1:25-mc-00433 (LTS), Dkt. No. 3.  Pursuant to the Amended Standing Order, the deadlines in the case are "tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding." *Id.*  For this reason, the parties did not file the joint status report that would have been due by November 3, 2025, if not for the government shutdown.

  Additionally, both the undersigned attorney and agency counsel assigned to this case are furloughed during the shutdown and restricted in the work that they are permitted to do.  After receiving the Court's order on Friday, the undersigned attorney emailed agency counsel to see if it would nonetheless be possible to provide an update on the status of Plaintiffs' requests, but received only an automatic response stating the counsel is furloughed and not in the office due to the shutdown.

  Accordingly, Defendant respectfully requests that the case remain stayed during the pendency of the shutdown, and that the parties be relieved of the obligation to submit the joint status report that the Court ordered be submitted by tomorrow, November 11, 2025.  Plaintiffs do

The Honorable Jennifer L. Rochon
Page 2

not oppose Defendant's request. The parties propose that the Court order them to submit a joint status report within 14 days of the restoration of Department of Justice funding, and then every 45 days thereafter.

    We thank the Court for its consideration of these issues.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney for the
                                       Southern District of New York

                            By:  s/ Rachael Doud
                                     RACHAEL DOUD
                                     Assistant United States Attorney
                                     86 Chambers St., 3rd Floor
                                     New York, New York  10007
                                     (212) 637-2699

cc:    All counsel of record (via ECF)