Case 1:24-cv-08747-JLR    Document 26    Filed 11/25/25    Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 25, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *The New York Times Company v. United States Department of State*, No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

      This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write on behalf of all parties pursuant to the Court's order that the parties submit joint status reports every 45 days. *See* Dkt No. 13.

      On February 21, 2025, Plaintiffs, through counsel, sent Defendant a proposal to prioritize production of a narrower set of records and to defer processing of other records. Specifically, Plaintiffs proposed that Defendant prioritize processing the records responsive to Requests 11 and 12 in the Complaint (Dkt No. 1 ¶¶ 96-106) and a portion of the records responsive to Requests 2 and 3 (*id.* ¶¶ 48-58). On April 1, 2025, Defendant agreed to prioritize requests 11 and 12, reporting that it was currently working on those requests and that it was also reviewing Requests 2 and 3. On May 23, 2025, Defendant made its first production to Plaintiffs, consisting of records responsive to Requests 5, 6, and 7, as Defendant was already processing these records. On July 3, Defendant produced two records responsive to Requests 1, 2, and 3. Defendant reports that it has now produced all records responsive to Requests 1, 2 and 3. Defendant made additional productions, which included records responsive to Requests 11 and 12, on August 15, 2025, and September 26, 2025. Defendant expects to make its next production on or around December 19. Defendant estimates that it expects to make approximately two further productions in this case.

      The parties will submit their next status report in 45 days—by January 9, 2026.

The Honorable Jennifer L. Rochon
Page 2

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

                By:  s/ Rachael Doud
                        RACHAEL DOUD
                        Assistant United States Attorney
                        86 Chambers St., 3rd Floor
                        New York, New York  10007
                        (212) 637-2699

cc:      All counsel of record (via ECF)