

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 9, 2026

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *The New York Times Company v. United States Department of State*,
>         No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act, 5 U.S.C. § 552. I write on behalf of all parties pursuant to the Court's order that the parties submit joint status reports every 45 days. *See* Dkt No. 13.

On February 21, 2025, Plaintiffs, through counsel, sent Defendant a proposal to prioritize production of a narrower set of records and to defer the processing of other records. Specifically, Plaintiffs proposed that Defendant prioritize processing the records responsive to Requests 11 and 12 in the Complaint (Dkt No. 1 ¶¶ 96-106) and a portion of the records responsive to Requests 2 and 3 (*id.* ¶¶ 48-58). On May 23, 2025, Defendant made its first production to Plaintiffs, consisting of records responsive to Requests 5, 6, and 7, as Defendant was already processing these records. On July 3, 2025, Defendant produced records responsive to Requests 1, 2, and 3. Defendant made additional productions, which included records responsive to Requests 11 and 12, on August 15, 2025, September 26, 2025, and December 19, 2025. Defendant made a final production on January 30, 2026. On January 18, 2026, Plaintiffs sent Defendant a list of purported deficiencies in Defendant's productions as of that date. The parties have conferred about these issues, and Defendant has agreed to have the internal bureau(s) responsible for these documents run a supplemental search seeking the specified records. The parties will continue to confer about the sufficiency of Defendant's searches and productions and potential next steps.

The parties will submit their next status report in 45 days—by May 26, 2026.

The Honorable Jennifer L. Rochon
Page 2

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                                By:  s/ Rachael Doud
                                        RACHAEL DOUD
                                        Assistant United States Attorney
                                        86 Chambers St., 3rd Floor
                                        New York, New York  10007
                                        Tel: (212) 637-2699
                                        Email: rachael.doud@usdoj.gov

cc:      All counsel of record (via ECF)