**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 9, 2026

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *The New York Times Company v. United States Department of State*, No. 24 Civ. 8747 (JLR)

Dear Judge Rochon:

This Office represents Defendant United States Department of State in the above-referenced case brought by Plaintiffs The New York Times Company and Amy Julia Harris, pursuant to the Freedom of Information Act, 5 U.S.C. § 552. I write on behalf of all parties pursuant to the Court's order that the parties submit joint status reports every 45 days. *See* Dkt No. 13.

On February 21, 2025, Plaintiffs, through counsel, sent Defendant a proposal to prioritize production of a narrower set of records and to defer the processing of other records. Between May 23, 2025, and January 30, 2026, Defendant made several productions of responsive records. On January 18, 2026, Plaintiffs sent Defendant a list of purported deficiencies in Defendant's productions as of that date. As reported in the parties' last joint status report, Dkt. No. 30, Defendant agreed to a supplemental search seeking the specified records. Defendant reports that the supplemental search is complete and located approximately 300 pages of potentially responsive records. Defendant is processing these records and plans to make an initial production of responsive non-exempt records to Plaintiffs on or before September 8, 2026. The parties will continue to confer about the sufficiency of Defendant's searches and productions and potential next steps.

The parties will submit their next status report in 45 days—by August 24, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ Rachael Doud

RACHAEL DOUD
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
Tel: (212) 637-2699
Email: rachael.doud@usdoj.gov

cc: All counsel of record (via ECF)